Samuel A. Wong, Bar No. 217104
KASHIF HAQUE, Bar No. 218672
Jessica L. Campbell, Bar No. 280626
jcampbell@aegislawfirm.com
AEGIS LAW FIRM, PC
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251

Attorneys for Plaintiff
GILBERTO CARRILLO GARCIA,
individually and on behalf of all others
similarly situated

Shannon R. Boyce, Bar No. 229041
sboyce@littler.com
James A. Becerra, Bar No. 308459
jbecerra@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
Telephone:  310.553.0308
Facsimile:   800.715.1330

Attorneys For Defendant
BROOKDALE EMPLOYEE SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO CARRILLO GARCIA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BROOKDALE EMPLOYEE SERVICES, LLC; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 1:25-cv-01066-KES-CDB<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION**<br><br>Doc. 6 |

# ORDER

Pursuant to the Joint Stipulation to Arbitrate of Plaintiff GILBERTO CARRILLO GARCIA ("Plaintiff") and Defendant BROOKDALE EMPLOYEE SERVICES, LLC ("Defendant") and the Arbitration Agreement entered into by Plaintiff and Defendant, it is hereby ordered that:

1. Plaintiff's individual claims in the Complaint shall be submitted to binding arbitration pursuant to Plaintiff's signed arbitration agreement, on an individual basis only, and not on a class, collective, or representative basis.

2. The demand for arbitration may be served on counsel, and the filing of this action tolled the statute of limitations for doing so. The tolling period shall continue for sixty days following the Court's order on the instant stipulation.

3. Plaintiff's class claims shall be dismissed, without prejudice.

4. The instant lawsuit will otherwise be stayed, pending completion of binding arbitration of Plaintiff's individual claims.

IT IS SO ORDERED.

Dated:   November 4, 2025

_____
UNITED STATES DISTRICT JUDGE